Wed 6-10-26

The $405.00 filing fee for this matter will be paid separately, by my Power of Attorney, John "Johnny" Hernandez. Please advise if additional information is required.

Thank-you,

Mark J. Bovard

SA26CA3801 FB