Mark Bovaird
TDCJ # 02581405
Garza East Unit
4304 Hwy 202
Beeville, Tx 78102-8998



CERTIFIED MAIL

7022 0410 0002 9414 2121



US District Clerks Western District of T
262 West Nueva St. Room 1-400
San Antonio, Tx 78207

SA26CA3801 FB

RECEIVED

JUN 18 2026

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

